ROBERT E. WHITE (California Bar No. 78567)
E-mail: rew@rwhitesf.com
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 550
San Francisco, California 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154

Attorneys for Petitioners
Haining NewStyle Hairun Acting Agency Co., Ltd. and
Guizhou NewStyle Media Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAINING NEWSTYLE HAIRUN ACTING AGENCY CO., LTD., a Chinese limited liability company, and GUIZHOU NEWSTYLE MEDIA CO., LTD., a Chinese limited liability company,<br><br>　　　　　Petitioners,<br><br>vs.<br><br>JESSICA JUNG,<br><br>　　　　　Respondent. | CASE NO. 2:20-cv-10640 FMO (JPRx)<br><br>**NOTICE OF LODGING OF NON-PAPER PHYSICAL EXHIBITS**<br><br>[Local Rule 11-5.1] |

TO THE CLERK OF THE COURT:

　　　　　PLEASE TAKE NOTICE that pursuant to Local Rule 11-5.1, Petitioners Haining NewStyle Hairun Acting Agency Co., Ltd. and Guizhou NewStyle Media Co., Ltd. will be lodging with the Court one flash drive containing three electronic video files in the ".mp4" format. The videos were identified in the Declaration of William Z. White in Support of Petition to Confirm Arbitration Award filed on November 20,

2020 (Docket No. 8) as Exhibits "G," "AA," and "BB." Since the Court does not allow electronic filing of audio or video files, it was not possible to attach these video files to the sponsoring declaration.

Dated: November 27, 2020.

LAW OFFICES OF ROBERT E. WHITE

By:    /s/ Robert E. White
      ROBERT E. WHITE

Attorneys for Petitioners Haining NewStyle Hairun Acting Agency Co., Ltd. and Guizhou NewStyle Media Co., Ltd.

NOTICE OF LODGING OF NON-PAPER PHYSICAL EXHIBITS