AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| HAINING NEWSTYLE HAIRUN ACTING AGENCY CO., LTD., a Chinese limited liability company, and GUIZHOU NEWSTYLE MEDIA CO., LTD., a Chinese limited liability company,<br><br>*Petitioners,*<br>v.<br><br>JESSICA JUNG,<br><br>*Respondent.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:20-cv-10640 FMO (JPRx) |

**SUMMONS IN A CIVIL ACTION (FIRST AMENDED PETITION)**

To: *(Respondent's name and address)*  JESSICA JUNG
    Seoul, REPUBLIC OF KOREA


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the petitioner an answer to the attached petition or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the petitioner or petitioner's attorney, whose name and address are:  Robert E. White
    LAW OFFICES OF ROBERT E. WHITE
    177 Post Street, Suite 550
    San Francisco, CA  94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the petition. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 20, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: